

FROM:
Frederick Cooley
P.O. Box 4575
Vallejo, Ca 94590

TO:
United States District Court
Middle District of Florida
Clerk of the Court
401 West Central Blvd
Orlando, Florida
32801

