

FROM:

Frederick Cooley
P.O. Box 4575
Vallejo, Ca 94590

TO:

United States District Court
Middle District of Florida
Clerk of the Court
401 West Central Blvd
Orlando, Florida
32801

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE

US POSTAGE PAID
$9.65

Retail

Origin: 94590
02/16/23
0580670175-15

PRIORITY MAIL®

0 Lb 8.80 Oz
RDC 04

EXPECTED DELIVERY DAY: 02/21/23

C016

SHIP TO:
401 W CENTRAL BLVD
ORLANDO FL 32801-0401

USPS TRACKING® #

9505 5102 7458 3047 3198 06

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

UNITED STATES
POSTAL SERVICE ®

PRIORITY
MAIL ®

RATE ENVELOPE
ANY WEIGHT

free Package Pickup,
the QR code.

.COM/PICKUP

KED ▪ INSURED

001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE