FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

In Propria Persona

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES INC.; <br> AMER SM ASIF; <br><br> Defendant. | No. 6:23-cv-00299-CEM-**LHP** <br><br> **PLAINTIFF'S REQUEST TO WITHDRAW HIS APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS AS THE APPLICATION MOOT** |

Plaintiff Frederick Marc Cooley, in propria persona, hereby requests that his February 21, 2023, application to proceed in District Court without prepaying fees and cost as the application moot due to Plaintiff's payment of the required civil action filing fee in the total amount of $402.

Plaintiff's request is supported by the attached copy of money order receipt in the amount of $402 payable to the United State District Court for the Middle District of Florida, Clerk of the Court.

Date 3/8/23                               *Frederick M. Cooley*

1