Nolan

**PME 1-Day**
VALLEJO, CA 94590
MAR 08, 2023

32801

$28.75

RDC 07

R2305K133121-03

**PRIORITY MAIL EXPRESS®**

EJ 953 783 057 US

(707) 373-6405

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 94590 | 03/09/23 | $ 28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/8/23 | ☑ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:41 ☐AM ☑PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 28.75 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| 8 lbs. 10 ozs. | | N.R | $ |

Middle District
of Florida
#1200
801

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐AM ☐PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐AM ☐PM | |

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

.com or call 800-222-1811.

CORNER

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.




# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.



UNITED STATES POSTAL SERVICE

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)         PHO

Frederick Cool
P.O. Box 457
Vallejo, Ca 945

**DELIVERY OPTIONS (Customer Use Onl**
☒ SIGNATURE REQUIRED Note: The mailer mus
requires the addressee's signature; OR 2) Purchases ad
Purchases Return Receipt service. If the box is not checke
mail receptacle or other secure location without attempting
**Delivery Options**
☐ No Saturday Delivery (delivered next busine
☐ Sunday/Holiday Delivery Required (addition
*Refer to USPS.com® or local Post Office f

TO: (PLEASE PRINT)         PHON

Clerk of the Court
US District Court
401 W. Central Bl
Orlando, Fl 32
ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USP
■ $100.00 insurance included.



PEEL FROM THIS

PRIORITY
MAIL
EXPRESS®

GUARANTEED* ▪ TRACKED ▪ INSURED

For international shipments, the maximum weight is 20 lbs.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs