Nolan

PME 1-Day
VALLEJO, CA 94590
MAR 08, 2023

32801

$28.75

RDC 07

R2305K133121-03

**PRIORITY MAIL EXPRESS®**

EJ 953 783 057 US

(707) 373-6405

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 94590 | 03/09/23 | $ 28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/8/23 | ☑ 6:00 PM | $ | $ |

| Time Accepted | ☐ AM ☑ PM | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 1:41 | | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 28.75 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. 8.10 ozs. | | N.R |

Middle District
of Florida
#1200
801

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

This package is made from post-consumer waste. Please recycle - again.




PRESS FI

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2



UNITED STATES POSTAL SERVICE

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)      PHO

Frederick Cool
P.O. Box 457
Vallejo, Ca 945

**DELIVERY OPTIONS (Customer Use Onl**
☑ SIGNATURE REQUIRED Note: The mailer mus
quires the addressee's signature; OR 2) Purchases ad
Purchases Return Receipt service. If the box is not checke
mail receptacle or other secure location without attempting
**Delivery Options**
☐ No Saturday Delivery (delivered next busine
☐ Sunday/Holiday Delivery Required (addition
*Refer to USPS.com® or local Post Office™ f

TO: (PLEASE PRINT)     PHON

Clerk of the Court
US District Court
401 W. Central Bl
Orlando, Fl 32

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USP
■ $100.00 insurance included.


PEEL FROM THIS

RIORITY
MAIL
XPRESS®

UARANTEED* ▪ TRACKED ▪ INSURED

For international shipments, the maximum weight is 20 lbs.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs