UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK MARC COOLEY,

Plaintiff,

v.                                                          Case No. 6:23-cv-299-CEM-LHP

FRONTIER AIRLINE INC. and
AMER SM ASIF,

Defendants.
_____/

## NOTICE OF PENDENCY
## OF OTHER ACTIONS

In accordance with Local Rule 1.07 (c), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

✓ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: 3/6/23

*Frederick M. Cooley*
_____

Plaintiff(s) Counsel of Record
or *Pro Se* Party
[Address and Telephone]

Defendant(s) [Counsel of Record
or *Pro Se* Party
[Address and Telephone]