Nolan

PME 1-Day
VALLEJO, CA 94590
MAR 08, 2023

32801

$28.75

RDC 07

R2305K133121-03

EJ 953 783 057 US

# PRIORITY MAIL EXPRESS®

(707) 373-6405

Middle District of Florida
ud # 1200
801

## PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

## ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 94590
Scheduled Delivery Date (MM/DD/YY): 03/09/23
Postage: $ 28.75

Date Accepted (MM/DD/YY): 3/8/23
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 1:41 ☐ AM ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 28.75

Weight: 8 lbs. 10 ozs.   ☐ Flat Rate
Acceptance Employee Initials: N.R.

## DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE**®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.




PRESS FI[RMLY]

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.


UNITED STATE[S]
POSTAL SERVIC[E]

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHO[NE]

Frederick Cool[e]
P.O. Box 457[9]
Vallejo, Ca 945[__]

**DELIVERY OPTIONS (Customer Use Onl[y])**
☑ SIGNATURE REQUIRED Note: The mailer mus[t]
[re]quires the addressee's signature; OR 2) Purchases ad[ditional]
Purchases Return Receipt service. If the box is not checke[d]
mail receptacle or other secure location without attempting
**Delivery Options**
☐ No Saturday Delivery (delivered next busine[ss])
☐ Sunday/Holiday Delivery Required (addition[al])
*Refer to USPS.com® or local Post Office™ f[or]

TO: (PLEASE PRINT)    PHON[E]

Clerk of the Court
US District Court
401 W. Central B[lvd]
Orlando, Fl 32[__]

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USP[S]
■ $100.00 insurance included.


◄ PEEL FROM THIS

PRIORITY
MAIL
EXPRESS®

GUARANTEED* ▪ TRACKED ▪ INSURED

For international shipments, the maximum weight is 20 lbs.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs