# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK MARC COOLEY,

    Plaintiff,

v.                                      Case No:   6:23-cv-299-CEM-LHP

FRONTIER AIRLINE INC. and AMER
SM ASIF,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   MOTION TO PROCEED *IN FORMA PAUPERIS* (Doc. No. 2)
>
> **FILED:**      February 21, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

> **MOTION:**   PLAINTIFF'S REQUEST TO WITHDRAW HIS APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS AS THE APPLICATION IS MOOT   (Doc. No. 5)
>
> **FILED:**      March 9, 2023

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Given Plaintiff's payment of the filing fee, Plaintiff's motion to withdraw (Doc. No. 5) is **GRANTED**, and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), which has been construed as a motion to proceed *in forma pauperis*, is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties