Frederick Cooley
P.O. Box 4575
Vallejo, Ca 94590



United States District Court
Middle District of Florida
Office of the Clerk
401 W. Central Blvd. Ste. 1200
Orlando, FL 32801

