AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-299-CEM-LHP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __FRONTIER AIRLINES INC.__
was received by me on *(date)* __03/22/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Trudy Desbiens__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __FRONTIER AIRLINE INC.__
at 2:15pm   on *(date)* __03/22/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __35.00__ for travel and $ __50.00__ for services, for a total of $ __85.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/22/2023__

_James Lindsey_
Server's signature

JAMES EARL LINDSEY
Printed name and title

P.O. BOX 4575
VALLEJO, CA 94590

Server's address

Additional information regarding attempted service, etc:

*FILED 2023 MAR 30 PM 2:57 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FREDERICK MARC COOLEY

*Plaintiff(s)*

v.

FRONTIER AIRLINE INC; AMER SM ASIF,

*Defendant(s)*

Civil Action No. 6:23-cv-299-CEM-LHP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRONTIER AIRLINES INC.
ATTN: Registered Agent
CSC-LAWYER INCORPORATION
2170 GATEWAY OAKS DR. #150N
SACRAMENTO, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
cooleyfrederickm@gmail.com
(707) 373-6405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/21/23

*Signature of Clerk or Deputy Clerk*