FILED

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

2023 APR 20 PM 2: 25

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINE INC.;<br>AMER SM ASIF,<br><br>    Defendant. | No. 6:23-cv-00299-CEM-**LHP**<br><br>**PLAINTIFF'S REQUEST FOR PERMISSION TO USE THE COURT'S ELECTRONIC FILING SYSTEM (CM/ECF)** |

Plaintiff Frederick Marc Cooley, in pro se, hereby submits his request for permission to use the court's electronic filing system (CM/ECF}.

### REQUEST

Pursuant to this District's administrative procedures, a *pro se* litigant ordinarily must file all pleadings and documents in paper format through the Clerk's office. **Hooker v. Wilkie**, 2020 WL 6947482. While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief. **Id.**

1

In this instant case, Plaintiff Frederick Marc Cooley seeks an order granting his request for permission to file his submissions electronically using the CM/ECF system. Specifically, Plaintiff's request is made due to his scheduled travel abroad to Dominican Republic on April 28, 2023, and his travel to multiple countries in the Caribbean throughout this year 2023.

As submitting and receiving filings by mail in a timely manner will certainly be affected due to Plaintiff's travel, Plaintiff believes that an order granting him leave to file his submissions electronically using the CM/ECF system would prevent delay in receipt and submissions for filing, especially the receipt of court orders. Plaintiff possesses all necessary electronic equipment needed to properly use the court's CM/ECF system to receive and submit documents. Plaintiff agrees to comply with the court's local rules and Federal Rules of Civil Procedures in a professional and diligent manner.

Plaintiff has also communicated his intention to seek an order to use the CM/ECF system to Frontier Airline Inc. defense counsel, Brian T. Maye on April 18, 2023, and Mr. Maye communicated that he has no objection to such an order.

## CONCLUSION

For the above-stated reason, the court should find good cause to issue an order granting Plaintiff's request to use the court's CM/ECF system.

Date 4/18/23

FREDERICK MARC COOLEY

## **VERIFICATION**

I, Frederick Marc Cooley, declare to the following statements:

I am the Plaintiff in the above-entitled matter. I have read the foregoing request for permission to use the court's CM/ECF system and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on April 18, 2023, in the County of Solano, California. I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Date 4/18/23

*Frederick M. Cooley*

FREDERICK MARC COOLEY

3