



U.S. POSTAGE PAID
PME 1-Day
VALLEJO, CA
94590
APR 19, 23
AMOUNT
**$28.75**
R2304E105706-15

RDC 07   32801

**PRIORITY MAIL EXPRESS®**

EJ 953 782 520 US

ONLY TO SEAL

ey
S
94590

district Court
of Florida
do, FL
3

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 94590 | 4/20/23 | $ 28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee | COD Fee |
|---|---|---|---|
| 4/19/23 | | $ | $ |

| Time Accepted | ☑ AM ☐ PM | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|---|
| 11:39 | | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 28.75 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 2 lbs. 9 ozs. | | PWB |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

or call 800-222-1811.





**UNITED STATES POSTAL SERVICE®**




PRESS

This package is made from post-consumer waste. Please recycle - again.

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001100006

EP13F July 2022
OD: 12 1/2 x 9 1/2


UNITED STATES
POSTAL SERVICE

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE

Frederick Co
P.O. Box 45
Vallejo, Ca

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must Requires the addressee's signature; OR 2) Purchases additi Purchases Return Receipt service. If the box is not checked, mail receptacle or other secure location without attempting to
Delivery Options
☐ No Saturday Delivery (delivered next business
☐ Sunday/Holiday Delivery Required (additional
*Refer to USPS.com® or local Post Office™ for

TO: (PLEASE PRINT)    PHONE

United States
Middle Dist
401 W. Cen

ZIP + 4® (U.S. ADDRESSES ONLY) Orla
3 2 8 0 1

■ For pickup or USPS Tracking™, visit USPS
■ $100.00 Insurance Included.


← PEEL FROM THIS

# PRIORITY MAIL EXPRESS®

## GUARANTEED* ▪ TRACKED ▪ INSURED

For international shipments, the maximum weight is 20 lbs.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 7