# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FREDERICK MARC COOLEY,    NO. 6:23-cv-00299-CEM-**LHP**

    Plaintiff,    **CERTIFICATE OF SERVICE**

v.

FRONTIER AIRLINE INC.;
AMER SM ASIF,

    Defendants.

I hereby certify that on April 19, 2023, I personally handle the following documents:

**PLAINTIFF'S REQUEST FOR PERMISSION TO USE THE COURT'S CM/ECF SYSTEM.**

I am 18 years of age or older and not a party to this matter. I further certify that on April 19, 2023, I mailed to opposing counsel a filed stamped copy of the document by depositing the documents in a first-class mail including the postage prepaid to the following addressee/s;

BRAIAN T. MAYE
151 North Franklin Street, Suite 2500
Chicago, IL 60606

I declare under the penalty of perjury under the laws of the United States of American and the laws of the State of California that the foregoing is true and correct and executed April 19, 2023, at Vallejo, California.

                                            */s/ Keith Henderson*
                                              **KEITH HENDERSON**