**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK MARC COOLEY,

        Plaintiff,

v.                                                 Case No:   6:23-cv-299-CEM-LHP

FRONTIER AIRLINE INC. and AMER
SM ASIF,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S REQUEST FOR PERMISSION TO USE THE COURT'S ELECTRONIC FILING SYSTEM (Doc. No. 13)**
>
> **FILED:** April 20, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Based on the representations made therein, Plaintiff's Request for Permission to Use the Court's Electronic Filing System (Doc. No. 13) is **GRANTED**.   The Court will permit Plaintiff to file electronically in this case, provided that Plaintiff

complies with the Administrative Procedures for Electronic Filing.[1] Plaintiff must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders. Failure to comply may result in the removal of electronic filing privileges.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."