UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK MARC COOLEY,

    Plaintiff,

vs.

    Case No.6:23-cv-299-CEM-LHP

FRONTIER AIRLINES, INC., and AMIR SM ASIF,

    Defendant

                                     /

## DEFENDANT FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Frontier Airlines, Inc. ("Frontier"), by and through the undersigned counsel, and pursuant to Rule 6(b), Fed.R.Civ.P. and Rule 3.01(g), M.D. Fla., seeks the entry of an order granting an enlargement of time to respond to the Plaintiff's Complaint ("Complaint"), and as grounds therefor states:

1.     Plaintiff filed suit against Frontier and an individual defendant named Amir Sm Asif, alleging violations of the 49 U.S.C. §44902 and 42 U.S.C. §1981.

2.     Frontier was served on March 22, 2023. Frontier retained the services of Adler Murphy and McQuillen LLP ("AMM"). Within days of doing so, AMM merged with Hinshaw & Culbertson and moved its entire firm and began its integration of operations.

Case No. 4:23-cv-00041-RH-MAF

3. Due to the significant impacts of the merger and move, counsel for Frontier is in need of additional time to review the case and prepare the response to Plaintiff's Complaint and seeks additional time, through May 2, 2023, to do so.

4. The undersigned acknowledges this motion is filed after the established deadline, but states it is due to the recent integration of operations as described in Paragraph 2

5. There has been no prejudice to the Plaintiff, and there is minimal potential impact on judicial proceedings as this case is at its inception.

6. This motion is being filed in good faith and is not interposed for the purpose of delay or frustration of this cause.

### LOCAL RULE 3.01(G) CERTIFICATION.

Pursuant to Local Rule 3.01(g), M.D. Fla., the undersigned hereby certifies that on April 18, 2023, counsel for Defendant conferred with Plaintiff regarding the subject motion, and Plaintiff does not oppose the relief requested herein.

### MEMORANDUM OF LAW

Rule 6(b), Fed.R.Civ.P. provides in relevant part:

"When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion… (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

Case No. 4:23-cv-00041-RH-MAF

District courts have broad discretion under 6(b) to expand filing deadlines. *See, Busch v. County of Volusia*, 189 F.R.D. 687 (M.D. Fla. 1999). In the instant case, the extension is requested and proper cause is demonstrated due to the undersigned's need for additional time to confer with his client to prepare the appropriate responsive pleading.

"'[E]xcusable neglect' is to be determined by reference to a four-factor test: 'the danger of prejudice to the nonmovant, the length of delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith.'" *Advanced Estimating System, Inc. v. Riney*, 130 F.3d 996, 997-98 (11th Cir. 1997) (quoting *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 398, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993)). However, "the absence of prejudice to the nonmoving party" and "the interest of efficient judicial administration" are to be accorded "primary importance." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (citation omitted). Excusable neglect has been demonstrated as there has been no prejudice to the Plaintiff, there is minimal impact on judicial proceedings, and this motion is filed in good faith.

## CONCLUSION

For the reasons set forth herein, Frontier Airlines, Inc. ("Frontier") respectfully requests that an order be entered granting an enlargement of time until

3

Case No. 4:23-cv-00041-RH-MAF

Tuesday, May 2, 2023, to respond to Plaintiff's Complaint, without waiving any available defenses that may be raised in Frontier's responsive pleading.

Dated April 24, 2023

*s/ Steven D. Lehner*
Steven D. Lehner
Florida Bar No. 39373
slehner@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-436-8738
Secondary:
TAMDocket@hinshawlaw.com;
mmatthews@hinshawlaw.com;
hbrown@hinshawlaw.com
*Attorneys for Defendant Frontier Airlines, Inc.*

4

Case No. 4:23-cv-00041-RH-MAF

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I sent a copy of the foregoing to the following:

Frederick Marc Cooley
P.O. Box 4575
Vallejo, California 94590
E: cooleyfrederickm@gmail.com
*Plaintiff*

      *s/ Steven D. Lehner*
      Steven D. Lehner
      Florida Bar No. 39373
      slehner@hinshawlaw.com
      HINSHAW & CULBERTSON LLP
      100 South Ashley Drive
      Suite 500
      Tampa, FL 33602
      Telephone: 813-276-1662
      Facsimile: 813-436-8738
      Secondary:
      TAMDocket@hinshawlaw.com;
      mmatthews@hinshawlaw.com;
      hbrown@hinshawlaw.com
      *Attorneys for Defendant Frontier Airlines, Inc.*

5176\313352166.v1