**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FREDERICK MARC COOLEY,

    Plaintiff,

v.                                                Case No:   6:23-cv-299-CEM-LHP

FRONTIER AIRLINE INC. and AMER
SM ASIF,

    Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 16)**
>
> **FILED:** April 24, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the complaint is extended up to and including **May 2, 2023**.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties