FOREVER USA
FOREVER USA
FOREVER USA

OAKLAND CA 946
MON 17 APR 2023 AM

District Court
strict of Florida
he Court

+ Central Blvd

>, FL  32801

F. Ce____
P.O. Box 4575
Vallejo, Ca 94590

United States
Middle D
Clerk of
401 Wes
Orland



