# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY, ) | |
|     *Plaintiff*, ) | 6:23-cv-00299-CEM-LHP |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| FRONTIER AIRLINES, INC.; ) | |
| AMER SM ASIF; ) | |
|     *Defendants*. ) | |

## NOTICE OF SETTLEMENT

Pursuant to Rule 3.09(a) of the Local Rules of the United States District Court for the Middle District of Florida, Plaintiff Frederick M. Cooley ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Frontier") (collectively the "Parties") hereby notify the Court that the Plaintiff has settled all claims against Frontier. The Parties are currently working together to prepare a written settlement agreement. The Parties will file a stipulated dismissal as to Frontier in due course. The settlement as to Plaintiff's claims against Frontier does not affect the claims brought by Plaintiff against Defendant Amer Asif.

313397004.v1

The aforementioned settlement also does not affect claims Plaintiff may have against Amer Asif's employer, Menzies Aviation.

DATED this 28th day of April 2023

|  |  |
|---|---|
|  | HINSHAW & CULBERTSON, LLP |
| */s/ Frederick M. Cooley* | s/Steven D. Lehner |
| *(with consent)* | Steven D. Lehner, Esq. |
| Frederick M. Cooley | Florida Bar No. 0039373 |
| P.O. Box 4575 | 100 South Ashly Drive, Suite 500 |
| Vallejo, California 4590 | Tampa, FL 33602 |
| Phone: (707)373-6405 | E:slehner@hinshawlaw.com |
| E: cooleyfrederickm@gmail.com | *Attorney for Defendant Frontier* |
| *Pro Se Plaintiff* | *Airlines, Inc.* |

*[CERTIFICATE OF SERVICE ON NEXT PAGE]*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Steven D. Lehner*
Steven D. Lehner
Florida Bar No. 39373
slehner@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Secondary:
mmatthews@hinshawlaw.com
hbrown@hinshawlaw.com
*Attorney for Defendant Frontier Airlines, Inc.*

313397004.v1