| | |
|---|---|
| **From:** | Frederick Cooley |
| **To:** | Maye, Brian T. |
| **Subject:** | Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC. |
| **Date:** | Tuesday, June 6, 2023 3:50:32 PM |

# *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Please do.

On Tue, Jun 6, 2023 at 1:48 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> I can ask.
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713 **Cell:**  | **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on
>
> 
>
> 
>
> **From:** Frederick Cooley
> **Sent:** Tuesday, June 6, 2023 3:47 PM
> **To:** Maye, Brian T. <bmaye@hinshawlaw.com>

**Subject:** Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

I want a copy of the check receipt kept by your client.

On Tue, Jun 6, 2023 at 1:45 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Not sure what that would look like, or why you need this information. Do you want the check number of the original check? I can ask for that.
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713  **Cell:** ▓▓▓▓▓▓▓  |  **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on 
>
>  

**From:** Frederick Cooley
**Sent:** Tuesday, June 6, 2023 3:43 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

First provide proof of that payment?

On Tue, Jun 6, 2023 at 1:32 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Can we stop payment on the check issued? We are concerned that someone else may have it and attempt to cash it.
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713 **Cell:** ▮▮▮▮▮ | **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on   
>
> 
>
> 

**From:** Frederick Cooley <​█████████████████████​>
**Sent:** Tuesday, June 6, 2023 3:30 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

First your clients need to provide me with proof of payment and then we can move forward.

On Tue, Jun 6, 2023 at 1:11 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> The check was issued and mailed to the address provided. Do you want us to reissue the check and send it Fed Ex overnight? If so, we need to send it to a physical address and not a P.O. box, and your signature would be required. Please let me know if I can stop payment on the check already issued, and if you want us to resend the check via Fed Ex.
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713 **Cell:** █████████ | **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on
>
> 

 

**From:** Frederick Cooley <███████████████████>
**Sent:** Tuesday, June 6, 2023 3:08 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

I checked my post office box today and still no check. I have a good relationship with the postal workers and no check has surfaced after substantial searches. Please provide me proof of payment.

On Tue, Jun 6, 2023 at 7:56 AM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Mr. Cooley – do you want us to stop payment on the check and issue and new check? See the email below.
>
> Brian
>
> **From:** Maye, Brian T.
> **Sent:** Monday, June 5, 2023 2:19 PM
> **To:** 'Frederick Cooley' <███████████████████>
> **Subject:** RE: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.
>
> Mr. Cooley,

The records show that the check has not been cashed. Are you sure the check is not at the post office? Is the address below correct?

- ███████████████████

Do you want us to stop payment on the check and reissue it? We can overnight the check but it has to go to a physical address and not a P.O. box, and your signature would be required. Let me know.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713  **Cell:** 3██████████ | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on  







**From:** Frederick Cooley <c███████████████████com>
**Sent:** Monday, June 5, 2023 12:33 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>

**Subject:** Re: GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

****CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.****

The payment has not been mailed and it's been over a month since we made the agreement that you represented would be paid out in two weeks.

The agreement has been breached and since your word has not been good about payment by mail tell your client to to keep the money and I will seek an order to reopen due your clients refusal to electronically submit the payment.

On Mon, Jun 5, 2023 at 10:24 AM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Mr. Cooley,
>
> I will check with the client regarding payment. It was my understanding that payment had been mailed. Regarding Mr. Asif, he is not, and he has never been, employed by Frontier.
>
> Brian
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713  **Cell**: 3▇▇▇▇▇▇▇ | **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on    





**From:** Frederick Cooley <████████████████████>
**Sent:** Monday, June 5, 2023 12:21 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** GOOD CAUSE TO REOPEN CIVIL ACTION AGAINST FRONTIER AIRLINES INC.

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Mr. Maye,

I have discovered that your client has failed to forward payment by mail as I retrieved mail from my P.O. Box and after you represented to me that payment was made. Pursuant to the court's May 1, 2023, order I believe that this is good cause to seek an order to reopen the case against Frontier Airlines Inc. due to their breach of agreement to pay me $████ and the fact that contrary to your representation that it appears that Mr. Asif and other employees are employed by Frontier Airlines.

Now if your clients want to resolve this matter, they will need to electronically deposit the money in my account no later than the end of this business day or I will be filing a request to reopen the case against Frontier Airlines. The payment method is not negotiable since your client has already breached our original agreement.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership

that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work

product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

| | |
|---|---|
| **From:** | Frederick Cooley |
| **To:** | Maye, Brian T. |
| **Subject:** | Re: Cooley Release(313393828.1).docx |
| **Date:** | Monday, May 8, 2023 6:03:24 PM |

## *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Please mail the check with a tracking method to:
Frederick Marc Cooley

On Mon, May 8, 2023 at 6:28 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Mr. Cooley,
>
> Unfortunately, my client is unable to wire the settlement funds. Can you provide an address where you want the check to be mailed to?
>
> Thanks.
>
> Brian
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713 **Cell:** ▉▉▉▉▉ | **F:** 312-704-3001
> bmaye@hinshawlaw.com
> My Bio | hinshawlaw.com
>
> Follow us on   





**From:** Frederick Cooley <███████████████>
**Sent:** Friday, April 28, 2023 6:13 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: Cooley Release(313393828.1).docx

### *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

I raced the notarized release to you. My SSN is ████████

On Fri, Apr 28, 2023 at 1:19 PM Frederick Cooley <████████████████m> wrote:

> Thank you!

On Fri, Apr 28, 2023 at 1:17 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Ok.
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on   



 

---

**From:** Frederick Cooley <█████████>
**Sent:** Friday, April 28, 2023 3:16 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Re: Cooley Release(313393828.1).docx

**\*\*\* External email \*\*\***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

I am going to have to insist that what ever is filed with the court reflect that Menzies Aviation Inc. and Amer SM Asif are not related to my settlement with Frontier.

On Fri, Apr 28, 2023 at 11:42 AM Frederick Cooley <█████████> wrote:

> I want the payment to be sent to my bank account electronically instead of a check. We need to talk before I sign. Plus I need to know how I need to send you my signed documents.
>
> On Fri, Apr 28, 2023 at 10:56 AM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:
>
>> Mr. Cooley – attached is the release. It needs to be signed and notarized. We also need your social security number for IRS reporting purposes.

Thanks.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on   





Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

> Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

| | |
|---|---|
| **From:** | Frederick Cooley |
| **To:** | Maye, Brian T. |
| **Subject:** | Re: Cooley v. Frontier Airlines, et al. |
| **Date:** | Friday, April 28, 2023 8:49:13 AM |

## *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Brian,

I have reconsidered your client's settlement offer for $■■■ and I would like to accept it. I want to make it clear that I am accepting your client's offer only which does not include Menzies Aviation and Asif. I would like to discuss the terms of the settlement agreement with you. I am available anytime before 5:00 p.m. today to speak with you, before I begin my travel plans due to my scheduled flight tonight.