## Payee Details

**Payment Method**
[ System Check ▼ ]

**Remote Check**
No

**Pay To**

[ FREDERICK MARC COOLEY (Third Party Bodily Injury) ▼ ]

Edit Payee 1 Field
**Payee Details 1**
FREDERICK MARC COOLEY
**Payee Details 2**
**Payee Details 3**
**Payee Details 4**
**Mail To**

[ FREDERICK MARC COOLEY (Third Party Bodily Injury) ▼ ]

**Address line 1**
PO Box 4575
**Address line 2**
**Town / City**
Vallejo
**Country**
United States
**State / Province**
[ California ▼ ]
**Zip / Postal Code**
94590

## Payment Details

**Transaction Type**
[ Final Payment ▼ ]

**Payment Currency**
USD-United States Dollar

**Total Payment Amount**
▮▮▮▮ (redacted)

**Deductible Amount in USD**


**Deductible Recovered to Date in USD**
▮▮▮ (redacted)

**Memo/Invoice**

full and final settlement of all claims

## Disbursement Details

**Requisition Number** | **Bank Account Number** | **Bank Reference Number**

▬▬▬▬ | | ▬▬▬▬

**Disbursement Status**

Issued