UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK MARC COOLEY,

    Plaintiff,

vs.

Case No. 6:23-cv-00299-CEM-LHP

FRONTIER AIRLINES, INC.,
AMER SM ASIF,

    Defendants
_____/

## DECLARATION OF BRIAN MAYE

BEFORE ME, the undersigned authority, personally appeared BRIAN MAYE, who, being duly sworn, deposes and says:

1. My name is Brian Maye. I am at least 18 years of age and have personal knowledge regarding all that is contained herein and swear that all is true and accurate to the best of my knowledge.

2. I am a Partner at Hinshaw & Culbertson LLP.

3. I am counsel of record for Frontier Airlines, Inc. in this matter.

4. On April 27, 2023, I had a telephone call with Plaintiff to discuss his case, during which Plaintiff told me that he believed Defendant Amer SM Asif ("Asif") was a Frontier employee because Asif was wearing a Frontier uniform on the day of the alleged incident.

5. I told Plaintiff that Asif was not employed by Frontier but was employed by Menzies Aviation, a company that provides services to Frontier at the Orlando International Airport.

6. I told Plaintiff that because Frontier did not employ Asif, Frontier was not responsible for Plaintiff's alleged injuries. In response, Plaintiff argued that even if Asif had not been an employee of Frontier, Frontier could be held responsible for his alleged injuries under a theory of

1049348\313839768.v1

apparent agency. At the end of the call, I presented a settlement offer to Plaintiff.

7. On April 28, 2023, Plaintiff emailed me to accept the settlement offer. On the same day, Plaintiff signed a written settlement agreement/release and faxed it to me.

8. Plaintiff asked if the settlement funds could be transferred to him electronically given that he would be out of the country, and I told him I would inquire about the possibility of sending the funds electronically and follow up with him.

9. On May 8, 2023, I notified Plaintiff that the settlement funds could not be transferred electronically, so a check would be issued.

10. On May 10, 2023, the settlement check was mailed to the address Plaintiff provided, a P.O. Box in Vallejo, California.

11. On June 5, 2023, Plaintiff emailed me and said he had not received the settlement check and that he had grounds to seek "to reopen the case against Frontier Airlines Inc. due to their breach of agreement to pay me $5000 and the fact that contrary to your representation that it appears that Mr. Asif and other employees are employed by Frontier Airlines." Emails are attached hereto as Exhibit "1".

12. I responded to Plaintiff telling him the check had been mailed and that Asif was not an employee of Frontier.

13. Plaintiff replied, "The payment has not been mailed and it's been over a month since we made the agreement that you represented would be paid out in two weeks. The agreement has been breached and since your word has not been good about payment by mail tell your client to keep the money and I will seek an order to reopen due your clients refusal to electronically submit the payment." Id.

14. On June 6, 2023, Plaintiff demanded proof that the check had been issued, and shortly thereafter, I provided the check issuance record. Proof of issuance of check is attached hereto as Exhibit "2".

15. I also offered to stop payment on the settlement check mailed on May 10th and send a new check via Fed Ex. overnight. Because FedEx does not deliver to P.O. boxes, I requested a physical address from Plaintiff, which he refused to provide.

16. On June 9, 2023, a stop payment was effectuated on the original settlement check, and a new settlement check was issued and mailed to Plaintiff on June 12, 2023, at the address Plaintiff provided, a P.O. Box in Vallejo, California. I then notified Plaintiff on two occasions via email that a new settlement check had been mailed to his P.O. Box. As of the date of this filing, Plaintiff had not responded to my emails that a second settlement check had been mailed to him.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated: June 15, 2023

_____

1049348\313836343.v1