UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FREDERICK MARC COOLEY,**

      **Plaintiff,**

**v.**                               **Case No.  6:23-cv-299-CEM-LHP**

**AMER SM ASIF, MENZIES
AVIATION (USA) INC., and
JOHN DOE,**

      **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. The Complaint (Doc. 1) in this action was filed on February 21, 2023. Pursuant to Federal Rule of Civil Procedure 4(l)–(m), a plaintiff must effectuate service on a defendant within ninety days of filing the Complaint and file proof of the same. *See also* M.D. Fla. R. 1.10 (requiring a party to file proof of service within twenty-one days after service of a summons and complaint). Plaintiff has failed to timely do so.

Accordingly, it is **ORDERED** that **on or before August 21, 2023**, Plaintiff shall **SHOW CAUSE** as to why this case should not be dismissed for failure to prosecute. Failure to do so may result in the imposition of sanctions, including dismissal of this case, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party