FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

In Pro Se

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **FREDERICK MARC COOLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **AMER SM ASFI; MENZIES AVIATION (USA) INC.; WILLIAM REVIS; JOHN DOE; JANE DOE;** <br><br> Defendants. | No. 6:23-cv-299-CEM-LHP <br><br> **PLAINTIFF'S RESPONSE TO THE DISTRICT COURT'S ORDER TO SHOW CAUSE** |

Plaintiff Frederick Marc Cooey, in pro se, hereby submits his response to the District Court's Order to Show Cause as to why this case should not be dismissed for failure to prosecute.

## RESPONSE TO ORDER SHOW CAUSE

1. On February 21, 2023, Plaintiff filed the instant civil complaint against two defendants, Frontier Airline Inc. and Amer SM Asif. (**Doc. 1**).

2. On March 31, 2023, Plaintiff filed a proof of service on defendant Frontier Airline Inc. (**Doc. 11**)

3. On April 24, 2023. Plaintiff filed a proof of service on defendant Amer SM Asif. (**Doc. 18**).

4. Also on April 24, 2023, Frontier Airline Inc., filed defendant Frontier Airline, Inc.'s unopposed motion for enlargement of time to respond to Plaintiff's complaint. (**Doc. 16**).

5. Plaintiff and defendant Frontier Airline, Inc. thereafter met and conferred, where defendant disclosed to Plaintiff that defendant Amer SM Asif is not employee of Frontier Airline, Inc., as described in the February 21, 2023, complaint.

6. According to Frontier Airline, Inc.'s, attorney Brian T. Maye, defendant Amer SM Asif is an employee of Menzies Aviation (USA) Inc., and Mr. Maye represented that Frontier Airline, Inc. has no nor have the ever had an employer/employee relationship with Mr. Asif and that Frontier Airline, Inc. would not accept service of the summons and complaint.

7. On April 28, 2023, Plaintiff and Frontier Airline, Inc. filed a joint notice of settlement, agreeing to dismiss Frontier Airline, Inc. from the action with the stipulation that "the settlement as to Plaintiff's claims against Frontier does not affect the claims brought by Plaintiff against Defendant Amer Asif and his employer Menzies Aviation (USA) Inc.. (**Doc. 19**).

8. At this present time there are no served parties appearing in this action because Frontier Airline, Inc. has been dismissed with prejudice from this action and defendant Amer SM Asif has not been properly served as a employee of Menzies Aviation (USA) Inc..

9. On June 8, 2023, Plaintiff filed an amended complaint and three proposed summonses. (**Doc. 22**, **Doc. 24-26**)

10. Plaintiff thereafter believed that the amended complaint and proposed summonses were not appropriately before the court and on July 31, 2023, Plaintiff filed a motion for leave to file an amended complaint. (**Doc. 30**).

11. On August 7, 2023, the District Court issued its order to show cause why this instant case should not be dismissed for failure to prosecute without addressing any of the Plaintiff's pending filings. (**Doc. 31**).

## **CONCLUSION**

The court should find that Plaintiff has acted diligently with his attempts to prosecute this instant action, grant Plaintiff leave to amend (**Doc. 22**) Menzies Aviation (USA) Inc., William Revis, John Doe and Jane Doe to his complaint and direct the clerk of the court to issue summonses for all named defendants.

Date: 08/21/2023

                                            ///Frederick Marc Cooley///

                                                  PLAINTIFF

**VERIFICATION**

I, Frederick Marc Cooley, declare that:

1. I am the Plaintiff of the above-entitled civil action.

2. I have read the foregoing **PLAINTIFF'S RESPONSE TO DISTRICT COURT'S ORDER TO SHOW CAUSE** and know the contents thereof; the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters, believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this verification was executed on August 21, 2023.

          ___///Frederick Marc Cooley///___

              **DECLARANT**

4