AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00299-CEM-LHP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MENZIES AVIATION (USA) INC.__

was received by me on *(date)* __08/22/2023__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Rebecca Vang__, who is designated by law to accept service of process on behalf of *(name of organization)* __MENZIES AVIATION (USA) INC.__ on *(date)* __08/22/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __30.00__ for travel and $ __50.00__ for services, for a total of $ __80.00__ .

I declare under penalty of perjury that this information is true.

Date: __8-23-23__

__James Linsey__
*Server's signature*

__JAMES EARL LINSEY__
*Printed name and title*

P.O. BOX 4575
VALLEJO, CA 94590

*Server's address*

Additional information regarding attempted service, etc: