AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00299-CEM-LHP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMER SM ASIF/GATE AGENT
was received by me on *(date)* 08/22/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rebecca Vang , who is designated by law to accept service of process on behalf of *(name of organization)* MENZIES AVIATION (USA) INC. on *(date)* 08/22/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 30.00 for travel and $ 50.00 for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 8-23-23

*Server's signature:* James Lindsey

*Printed name and title:* JAMES EARL LINSEY

P.O. BOX 4575
VALLEJO, CA 94590

*Server's address*

Additional information regarding attempted service, etc: