# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FREDERICK MARC COOLEY,

        Plaintiff,

v.                                            Case No:   6:23-cv-299-CEM-LHP

AMER SM ASIF, MENZIES AVIATION (USA) INC. and JOHN DOE,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ADD PARTIES (Doc. No. 30)**
>
> **FILED:**     July 31, 2023
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff shall file the proposed second amended complaint (Doc. No. 30, at 6–14) as a separate docket entry on or before **September 19, 2023**. Plaintiff shall

- 2 -

serve the second amended complaint pursuant to Federal Rules of Civil Procedure 4 and 5, as applicable.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties