Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ORLANDO Division

| | |
|---|---|
| FREDERICK MARC COOLEY | Case No. 6-23-CV-00299-CEM-LHP |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | |
| MENZIES AVIATION (USA) INC. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

[SECOND]
AMENDED COMPLAINT
**COMPLAINT FOR A CIVIL CASE**

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | FREDERICK MARC COOLEY |
   | Street Address | P.O. BOX 4575 |
   | City and County | VALLEJO, SOLANO |
   | State and Zip Code | CALIFORNIA, 94590 |
   | Telephone Number | (707) 373-6405 |
   | E-mail Address | cooleyfrederickm@gmail.com |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: MENZIES AVIATION (USA), INC.
- Job or Title (if known):
- Street Address: 4900 DEPLOMACY ROAD
- City and County: FORT WORTHK TARRANT COUNTY
- State and Zip Code: TEXAS, 76155
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: AMER SM ASIF
- Job or Title (if known): GATE AGENT
- Street Address: 9450 JEFF FUQUA BLVD
- City and County: ORLANDO, ORANGE
- State and Zip Code: FLORIDA, 32819
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: WILLAIM REVIS
- Job or Title (if known):
- Street Address: 9450 JEFF FUQUA BLVD BLVD
- City and County: ORLANDO, ORANGE
- State and Zip Code: FLORIDA, 32827
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: JOHN DOE
- Job or Title (if known): SUPERVISOR
- Street Address: 9450 JEFF FUQUQ BLVD
- City and County: ORLANDO, ORANGE
- State and Zip Code: FLORIDA, 32827
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 USC 1981

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* FREDERICK MARC COOLEY, is a citizen of the State of *(name)* CALIFORNIA.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* AMER SM ASIF, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* MENZIES AVIATION (USA) INC, , is incorporated under the laws of the State of *(name)* FLORIDA , and has its principal place of business in the State of *(name)* TEXAS .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PLAINTIFF HAS SUFFERED SUSTANTIAL COMPENSATORY DAMAGES WHICH SHOULD BE DETERMINED BY A JURY.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
SEE ATTACHED PAGES ATTACHED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
COMPENSATORT AND PUNITIVE DAMAGES

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/30/2023

Signature of Plaintiff: *Frederick M. Cooley*

Printed Name of Plaintiff: FREDERICK MARC COOLEY

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION (USA) INC.;<br>AMER SM ASIF; WILLIAM REVIS;<br>JOHN DOE; JANE DOE;,<br><br>Defendant. | No. 6:23-cv-0299-CEM-LHP<br><br>**ATTACHED<br>STATEMENT OF CLAIMS** |

## ADDITIONAL DEFENDANT

Claims are sought against defendant Jane Doe number 5 who is a Menzies Aviation Inc. employee with the job title of supervisor and who resides and employed in the City of Orlando, County of Orange, State of Florida, 32819.

Claims are sought against defendant William Revis ("**REVIS**") number 6, who is a Menzies Aviation USA Inc. employee and who resides in the City of Orlando, County of Orange, State of Florida, 32819.

1

## STATEMENT OF FACTS

1. On November 28, 2022, Plaintiff Frederick Marc Cooley ("**COOLEY**"), a Black American adult male, booked with Frontier Airline, Inc. through its agent "Justfly", an international roundtrip ticket from Oakland, California to Santo Domingo Dominican Republic with a departure date of December 12, 2022, and a return date of January 14, 2023.

2. On January 14, 2023, Frontier cancelled Cooley's departure at the Las Americas International Airport, Santo Domingo, Dominican Republic for an unknown reason and Frontier offered and provided to Cooley a hotel until the next day January 15, 2023, with the understanding that his flight would depart at 10:00 am.

3. On January 15, 2023, Cooley returned to Las Americas International prior to his flight's departure and paid $89 for a carry-on-bag.

4. The flight was then delayed until 12:30 p.m.

5. Cooley boarded the flight which included a layover at Orlando International Airport to fly to Las Vegas, Nevada with another layover to Cooley's final destination Oakland, California, as Cooley is a citizen of the United States of America and resides in the State of California, County of Solano, City of Vallejo.

6. Cooley arrived at 3:00 pm and laid over in Orlando International Airport located at 9102 JEFF FUQUA BLVD., Orlando, Florida 32827 for approximately 6 hours at gate 10 waiting to depart.

7. While using his boarding pass, Cooley attempted to board Frontier Airline Flight F91103 at gate 10, where he was greeted by Defendant Menzies Aviation (USA), Inc. ("**MENZIES**") gate agent Defendant Amer SM Asif ("**ASIF**") a non-Black American adult male, who is a citizen of the United States of America,, and resides in the State of Florida County of Orange, City

2

of Orlando.

8. Menzies is a non-airline owned aviation support company providing aviation ground handling services, such as air cargo, baggage, passenger, and ramp handling services, at multiple airports.

9. Defendant Asif scanned Cooley's boarding pass and pointed out that the boarding pass did not describe a carry-on bag was authorized for the flight.

10. Cooley attempted to provide proof that he had paid $89 for the carry-on bag at the Las Americas International Airport in Santo Domingo, Dominican Republic but Cooley was told by an unidentified Black American adult male Menzies Aviation employee that he could see that Cooley paid $89 but he could not determine what Cooley paid $89 for and told Cooley that he would have to pay $89 for the carry-on bag.

11. Cooley thereafter paid $89 for the carry-on-bag a second time after a non-Black American adult woman boarding the flight also paid for a carry-on bag.

12. Asif took Cooley's receipt for the carry-on payment and subjected Cooley to discrimination when Asif told Cooley that the non-Black American woman could board the plane, but Cooley could not.

13. Cooley continued down the jet bridge to board the plane and Asif subjected Cooley to civil battery when Asif intentionally and offensively grabbed Cooley without Cooley's consent and unsuccessfully attempted to push and pull Cooley back subjecting Cooley to substantial pain in his right arm.

14. As Cooley walked down the Jet Bridge, on at least two more occasions Asif subjected Cooley to civil battery intentionally and offensively grabbing Cooley without his consent, as Cooley told Asif to let go of him and to stop touching him which Aisif continued to do in effort to impede Cooley's travel.

15. Asif and his co-worker defendant William Revis ("**REVIS**") both slandered/defamed Cooley by submitting written false reports while they gave false verbal statements to Orlando Police Officers and defendant Menzies

supervisors ("**JOHN DOE**") and ("**JANE DOE**"), and other airport employees that Cooley battered Asif, resulting in Cooley being denied completing his travel and the opportunity to rebooking another flight with Frontier.

16. Cooley was forced to purchase an airline ticket from American Airlines for a one-way $538.90 plane ticket with United Airliens to complete his travel and $162 for a hotel room at La Quintan by Wyndham until the next morning.

17. Menzies, John Doe and Jane Doe are vicariously liable for Asif's negligent actions that resulted in substantial monetary, emotional and physical injuries.

18. Menzies, John Doe and Jane Doe are liable for their negligence in supervising Asif, Revis and other Menzies subordinates because they were aware or should have become aware that Asif, Revis and other Menzies subordinates were unfit and failed to investigate, discharge or reassign.