FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **FREDERICK MARC COOLEY**,<br><br>Plaintiff,<br><br>v.<br><br>**AMER S.M. ASIF; MENZIES AVIATION (USA) INC.; JOHN DOE; JANE DOE; WILLIAM REVIS**,<br><br>Defendant. | No. 6:23-cv-00299-CEM-LHP<br><br>**MOTION FOR ENTRY OF DEFAULT BY CLERK AS TO DEFENDANTS AMER S.M. ASIF AND MENZIES AVIATION (USA) INC.** |

Plaintiff Frederick Marc Cooley, in pro se, pursuant to Fed. R. Civ. P. 55 (a), moves this Court for entry of a default against Defendants Amer S.M. Asif ("**ASIF"**) Menzies Aviation (USA) Inc. ("**MENZIES"**) and William Revis ("**REVIS**") in support states as follows:

1. On September 12, 2023, the Clerk of the Court modified the filing of the Plaintiff's First Amended Complaint by order of the Court. Doc. #40.

2. On September 13, 2023, the Clerk of this Court issued a summons to be served on defendant ("**ASIF**") a summons to be served on defendant ("**MENZIES**") and a summons to be served on defendant ("**REVIS**") requiring ("**ASIF**") ("**MENZIES**") and ("**REVIS**") to submit a motion or answer to the Amended Complaint within twenty-one (21) days of service of the summons. Doc. #43.

3. Also on September 13, 2023, Plaintiff served defendants ("**ASIF**"), ("**MENZIES**") and ("**REVIS**") by their registered-agent Corp Service Co. ("**CSC**") located at 2710 Gateway Oaks Drive, ste. 150, Sacramento, Ca 95833, where James Earl Lindsey served the summons and complaints on Rebecca Vang, who is designated by law to accept service of process on behalf of defendants ("**ASIF**"), ("**MENZIES**") and ("**REVIS**"). Doc. #44

4. ("**ASIF**"), ("**MENZIES**") and ("**REVIS**")'s deadline to respond to the Amended Complaint was October 4, 2023.

5. No extension of time was sought by ("**ASIF**"), ("**MENZIES**") nor ("**REVIS**").

6. ("**ASIF**") ("**MENZIES**") and ("**REVIS**") have failed to file a responsive pleading or motion to the Amended Complaint and therefore are in default.

**WHEREFORE**, Plaintiff respectfully requests that a Clerk's entry of Default be entered against defendants, Amer SM Asif, Menzies Aviation (USA) Inc. and William Revis for failure to respond to the Amended Complaint.

Date: October 15, 2023

Respectfully Submitted

////Frederick Marc Cooley////

FREDERICK MARC COOLEY

2