FREDERICK MARC COOLEY
P.O. BOX 4575
VALLEJO, CA 94590
(707) 373-6405
cooleyfrederickm@gmail.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **FREDERICK MARC COOLEY**,<br><br>Plaintiff,<br><br>v.<br><br>**AMER S.M. ASIF; MENZIES AVIATION (USA) INC.; JOHN DOE; JANE DOE; WILLIAM REVIS**,<br><br>Defendant. | No. 6:23-cv-00299-CEM-LHP<br><br>**MOTION FOR ENTRY OF DEFAULT BY CLERK AS TO DEFENDANTS AMER S.M. ASIF, MENZIES AVIATION (USA) INC. AND WILLIAM REVIS** |

Plaintiff Frederick Marc Cooley, in pro se, pursuant to Fed. R. Civ. P. 55 (a), moves this Court for entry of a default against Defendants Amer S.M. Asif ("**ASIF"**) Menzies Aviation (USA) Inc. ("**MENZIES"**) William Revis ("**REVIS**") in support states as follows:

1. On September 12, 2023, the Clerk of the Court modified the filing of the Plaintiff's First Amended Complaint by order of the Court. Doc. #40.

2. On September 13, 2023, the Clerk of this Court issued a summons to be served on defendant ("**ASIF**") a summons to be served on defendant ("**MENZIES**") and a summons to be served on defendant ("**REVIS**") requiring ("**ASIF**") ("**MENZIES**") and ("**REVIS**") to submit a motion or answer to the Amended Complaint within twenty-one (21) days of service of the summons. Doc. #43.

1

3. Also on September 13, 2023, Plaintiff served defendants ("**ASIF**"), ("**MENZIES**") and ("**REVIS**") by their registered-agent Corp Service Co. ("**CSC**") located at 2710 Gateway Oaks Drive, ste. 150, Sacramento, Ca 95833, where "**DEON WILKINS**" served the summons and complaints on "**JENN BAUTISTA**", who is designated by law to accept service of process on behalf of defendants ("**ASIF**"), ("**MENZIES**") and ("**REVIS**"). Doc. #44

4. ("**ASIF**"), ("**MENZIES**") and ("**REVIS**")'s deadline to respond to the Amended Complaint was October 4, 2023.

5. No extension of time was sought by ("**ASIF**"), ("**MENZIES**") nor ("**REVIS**").

6. ("**ASIF**") ("**MENZIES**") and ("**REVIS**") have failed to file a responsive pleading or motion to the Amended Complaint and therefore are in default.

**WHEREFORE**, Plaintiff respectfully requests that a Clerk's entry of Default be entered against defendants, Amer SM Asif, Menzies Aviation (USA) Inc., William Revis, for failure to respond to the Amended Complaint.

Date: October 15, 2023

Respectfully Submitted

////Frederick Marc Cooley////

FREDERICK MARC COOLEY

2