UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK MARC COOLEY,

    Plaintiff,

v.

MENZIES AVIATION (USA) INC., AMER SM ASIF, WILLIAM REVIS, JOHN DOE, JANE DOE,

    Defendants.
_____/

CASE NO. 6:23-cv-00299-CEM-LHP

**DEFENDANTS MENZIES AVIATION (USA) INC., AMER SM ASIF AND WILLIAM REVIS'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendants MENZIES AVIATION (USA), INC. ("Menzies"), certifies that Menzies Aviation, Inc. owns defendant Menzies, and Menzies Aviation, Inc. is a fully-owned subsidiary of ultimate parent company John Menzies, plc.  No publicly held corporation holds 10% or more stock of John Menzies, plc.

Dated: October 17, 2023

    Respectfully submitted,

    CONDON & FORSYTH, LLP

    By: /s/ John Maggio
        John Maggio
        Florida State Bar No.: 125425
        Eli G. Burton
        Florida State Bar No.: 116142
        701 Brickell Avenue, Suite 1550
        Miami, FL 33131
        (305) 492-7303
        jmaggio@condonlaw.com
        eburton@condonlaw.com

    *Attorneys for Defendants*
    MENZIES AVIATION (USA) INC., AMER SM ASIF, and WILLIAM REVIS