UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY, | CASE NO. 6:23-cv-00299-CEM-LHP |
| Plaintiff, | **MENZIES AVIATION (USA), INC., AMER SM ASIF AND WILLIAM REVIS' NOTICE OF LEAD COUNSEL DESIGNATION** |
| v. | |
| MENZIES AVIATION (USA) INC., AMER SM ASIF, WILLIAM REVIS, JOHN DOE, JANE DOE, | |
| Defendants. _____/ | |

Defendant, MENZIES AVIATION (USA) INC., AMER SM ASIF and WILLIAM REVIS by and through its attorneys, Condon & Forsyth LLP, pursuant to and in accordance with Local Rule 2.02(a) of the United States District Court for the Middle District of Florida and the "Notice to Counsel," entered on October 18, 2023 [DE 50], submits this Notice of Lead Counsel Designation. In support thereof, MENZIES AVIATION (USA) INC., AMER SM ASIF and WILLIAM REVIS states as follows:

1. John Maggio, Esq., Florida Bar No. 125425, of the law firm of Condon & Forsyth LLP, 701 Brickell Avenue, Suite 1550, Miami, FL 33131, is designated lead counsel in this action.

Dated: Miami, Florida
October 19, 2023

Respectfully submitted,

_____
John Maggio, Esq.
jmaggio@condonlaw.com
Florida Bar No. 125425
CONDON & FORSYTH, LLP
701 Brickell Avenue - Suite 1550
Miami, FL 33131
Phone: (305) 492-7303

*Attorneys for Defendants*
MENZIES AVIATION (USA) INC., AMER SM ASIF and WILLIAM REVIS

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on October 19, 2023, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      /s/John Maggio
      John Maggio

SERVICE LIST

Frederick Marc Cooley
P.O. Box 4575
Vallejo, CA 94590
Email: cooleyfrederickm@gmail.com